| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Foschio, Leslie G. | 2. Court or Organization<br><br>U.S. District - WDNY | 3. Date of Report<br><br>05/09/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Recall | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>2 Niagara Square<br>Room 543<br>Buffalo, NY 14202 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Trustee | Theodore Roosevelt Inaugural National Historic Site Foundation(Buffalo)<br>(uncompensated |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/11-12/11 | The Principal - Company Sponsored Pension | $8,040.00 |
| 2. 1/11-12/11 | NY State - Employee Retirement System - Vested Pension Plan | $7,814.00 |
| 3. 9/11-12/11 | SUNY at Buffalo Law School - Teaching | $2,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Foschio, Leslie G. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Ameritrade - IRA | D | Int./Div. | M | T | | | | | |
| 2. -Amazon | | | | | Buy | 11/21/11 | J | | |
| 3. -Bank of America | | | | | Buy | 12/14/11 | J | | |
| 4. -Cleveland Biolabs | | | | | Buy | 08/15/11 | J | | |
| 5. -Energy Transfer Equity | | | | | Buy | 12/14/11 | J | | |
| 6. -Exelon | | | | | Buy | 12/14/11 | J | | |
| 7. -General Electric | | | | | Buy | 11/21/11 | J | | |
| 8. -Merck | | | | | | | | | |
| 9. -Microsoft | | | | | Buy | 8/4/11 | J | | |
| 10. -Nokia | | | | | Buy | 12/14/11 | J | | |
| 11. -Pfizer | | | | | Sold | 10/28/11 | J | B | |
| 12. -Proctor and Gamble | | | | | Buy | 08/18/11 | J | | |
| 13. -Sprint | | | | | Buy | 08/04/11 | J | | |
| 14. -Verizon | | | | | Buy | 08/18/11 | J | | |
| 15. -Yahoo | | | | | Buy | 12/14/11 | J | | |
| 16. -Advance Micro 8/15/12 Bonds | | | | | | | | | |
| 17. -Alliance Health Care 12/1/16 Bonds | | | | | Buy | 02/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -American General 7/15/12 Bonds | | | | | Buy | 09/12/11 | J | | |
| 19.   -Virginia State Housing Bonds | | | | | | | | | |
| 20.   -American Airline 3/4/14 Bonds | | | | | | | | | |
| 21.   -American Axle 3/1/17 Bonds | | | | | | | | | |
| 22.   -Berry Plastic Hldgs 3/1/16 Bonds | | | | | | | | | |
| 23.   -Burger King 10/15/18 Bonds | | | | | Buy | 03/03/11 | J | | |
| 24.   -Chesapeake Energy Bonds 6.15.14 | | | | | Sold | 06/21/11 | J | A | |
| 25.   -Boise Cascade 10/15/14 Bonds | | | | | | | | | |
| 26.   -Corrections Corp 3/15/13 Bonds | | | | | | | | | |
| 27.   -Dean Foods 10/15/17 Bonds | | | | | Buy | 01/10/11 | J | | |
| 28.   -Eastman Kodak 06/01/21 Bonds | | | | | Sold | 09/07/11 | J | A | |
| 29.   -Eastman Kodak 11/15/13 Bonds | | | | | Sold | 12/02/11 | J | A | |
| 30.   -Exco Resources 06/15/16 Bonds | | | | | | | | | |
| 31.   -Edison Mission Energy 6/15/13 Bonds | | | | | Buy | 01/10/11 | J | | |
| 32.   -Edison Mission Energy 6/15/16 Bonds | | | | | Buy | 08/06/11 | J | | |
| 33.   -General Motors Acceptance 12/31/13 Bonds | | | | | Buy | 09/28/11 | J | | |
| 34.   -Freeport McMoran 4/1/15 Bonds | | | | | Sold | 09/24/11 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Nebraska Book 3/15/12 Bonds | | | | | | | | | |
| 36. -Nebraska Book 12/1/11 Bonds | | | | | Sold | 07/22/11 | J | A | |
| 37. -Nuveen 09/15/15 Bonds | | | | | Buy | 01/24/11 | J | | |
| 38. -Nuveen 11/15/15 Bonds | | | | | Buy | 01/24/11 | J | | |
| 39. -Poindexter 3/15/14 Bonds | | | | | | | | | |
| 40. -RRI Energy 6/15/14 Bonds | | | | | Buy | 02/25/11 | J | | |
| 41. -Solo Cup 02/15/14 Bonds | | | | | | | | | |
| 42. -Sprint Capital 3/15/32 Bonds | | | | | Sold | 03/16/11 | J | A | |
| 43. -Stream Global Services 10/01/2014 Bonds | | | | | Buy | 11/08/11 | J | | |
| 44. -Tesoro 11/1/12 Bonds | | | | | | | | | |
| 45. -United Maritime 06/15/15 Bonds | | | | | | | | | |
| 46. -United Refining 8/15/12 Bonds | | | | | Sold | 02/28/11 | J | A | |
| 47. -Zions Bank Corp 9/23/14 Bonds | | | | | | | | | |
| 48. -ADP | | | | | Buy | 09/29/11 | J | | |
| 49. | | | | | Sold | 10/12/11 | J | A | |
| 50. -Caterpillar | | | | | Buy | 09/09/11 | J | | |
| 51. | | | | | Sold | 10/24/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Chipotle Mexican Grill | | | | | Buy | 08/18/11 | J | | |
| 53. | | | | | Sold | 12/27/11 | J | A | |
| 54.   -F5 Networks | | | | | Buy | 09/09/11 | J | | |
| 55. | | | | | Sold | 10/5/11 | J | A | |
| 56.   -Fedex Corp | | | | | Buy | 09/23/11 | J | | |
| 57. | | | | | Sold | 09/27/11 | J | A | |
| 58.   -Google | | | | | Buy | 08/15/11 | J | | |
| 59. | | | | | Sold | 10/10/11 | J | A | |
| 60.   -Molson Coors Brewing | | | | | Buy | 08/18/11 | J | | |
| 61. | | | | | Sold | 10/28/11 | J | A | |
| 62.   -Paychex | | | | | Buy | 08/15/11 | J | | |
| 63. | | | | | Sold | 10/10/11 | J | A | |
| 64.   -Trailer Bridge 11/15/11 Bonds | | | | | Buy | 01/14/11 | J | | |
| 65. | | | | | Sold | 12/08/11 | J | A | |
| 66.   -Western Union | | | | | Buy | 09/22/11 | J | | |
| 67. | | | | | Sold | 09/22/11 | J | A | |
| 68.   First Great West Life Insurance - Whole Life | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Foschio, Leslie G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My Financial Disclosure Report for Calendar Year 2010 is amended as follows:

III.  Non-Investment Income

   A.  Filer's Non-Investment Income

| Date | Source and Type | Income |
|---|---|---|
| 9-10-12/10 | SUNY at Buffalo Law School - teaching | $2,500 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature: s/ Leslie G. Foschio

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544